**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND ALAN GRIFFIN,<br><br>   Petitioner,<br><br>   v.<br><br>DOERER, et al.,<br><br>   Respondent. | Case No.: 1:25-cv-00015 JLT HBK (HC)<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 18) |

Raymond Alan Griffin, a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserts that he is actually innocent of his "career offender classification." (*See* Doc. 1 at 2.) The magistrate judge conducted a preliminary review and found Petitioner failed to state a cognizable habeas claim. (Doc. 11.) Although the Court granted leave to amend, Petitioner did not file an amended petition.

The magistrate judge found Petitioner failed to prosecute the action and failed to comply with the Court's order. (Doc. 18.) The magistrate judge found terminating sanctions are appropriate after considering the factors identified by the Ninth Circuit in *Applied Underwriters v. Lichtenegger*, 913 F.3d 884, 889 (9th Cir. 2019). (*Id.* at 2-4.) Therefore, the magistrate judge recommended the Court dismiss the petition without prejudice. (*Id.* at 4.)

The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 14 days. (Doc. 18 at 4.) The Court advised him that the "failure

1 to file any objections within the specified time may result in the waiver of certain rights on
2 appeal." (*Id.* at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Petitioner
3 did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 22, 2025 (Doc. 18) are **ADOPTED** in full.
2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close the case.
4. In the event a notice of appeal is filed, no certificate of appealability is required.[1]

IT IS SO ORDERED.

Dated:   **May 22, 2025**

UNITED STATES DISTRICT JUDGE

---

[1] A certificate of appealability will not be required because this is an order dismissing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).